ARNOLD & PORTER LLP
MAURICE A. LEITER (State Bar No. 123732)
maury.leiter@aporter.com
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017-5844
Telephone:  +1 213.243.4000
Facsimile:  +1 213.243.4199

ARNOLD & PORTER LLP
MICHAEL J. BAKER (State Bar No. 56492)
michael.baker@aporter.com
SHARON D. MAYO (State Bar No. 150469)
sharon.mayo@aporter.com
Three Embarcadero Center, 10th Floor
San Francisco, California 94111-4024
Telephone:  +1 415.471.3100
Facsimile:  +1 415.471.3400

*Attorneys for Defendants Bristol-Myers Squibb Company,
Sanofi-Aventis U.S. LLC, Sanofi US Services Inc.,
and Sanofi-Synthelabo Inc.*

[Additional Counsel Listed At Signature Page]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| LAWRENCE T. EVANS *et al.*, <br><br> Plaintiff, <br><br> v. <br><br> BRISTOL-MYERS SQUIBB COMPANY, SANOFI-AVENTIS U.S. LLC., SANOFI-AVENTIS U.S., INC., SANOFI-SYNTHELABO, INC., MCKESSON CORPORATION, and DOES 1 to 100, <br><br> Defendants. | No. 14-2657 EMC <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER TO STAY LITIGATION PENDING TRANSFER TO THE PLAVIX® MDL** <br><br> Judge:  Hon. Edward M. Chen |

STIP. AND [PROPOSED] ORDER TO STAY LITIG. PENDING TRANSFER TO MDL     NO. 14-2657 EMC

This Joint Stipulation is made by and between Plaintiffs in *Evans et al. v. Bristol-Myers Squibb Co. et al.*, No. CV-14-2655 JSW (N.D. Cal.), and Defendants Bristol-Myers Squibb Company, Sanofi-Aventis U.S. LLC, Sanofi US Services Inc., and Sanofi-Synthelabo Inc.,[1] (collectively "Defendants"), by and through the undersigned counsel of record, with reference to the following facts:

1. WHEREAS, on February 12, 2013, the Judicial Panel on Multidistrict Litigation ("JPML") established a multidistrict Plavix® litigation in the District of New Jersey, assigned to Judge Freda Wolfson;

2. WHEREAS, on June 6, 2014, Plaintiffs filed the *Evans* action in the Superior Court of California, San Francisco County;

3. WHEREAS, on June 9, 2014, the *Evans* action was removed to this Court by Defendants;

4. WHEREAS, on June 11, 2014, Defendants tagged this case for transfer to the Plavix® MDL and anticipates that the JPML will finalize a conditional transfer order for this case soon; and

5. WHEREAS, the Parties agree that the *Evans* action should be stayed pending its anticipated transfer to the Plavix® MDL in the District of New Jersey.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, that the *Evans* action should be stayed pending its anticipated transfer to the Plavix® MDL in the District of New Jersey.

**IT IS SO STIPULATED.**

---

[1] Sanofi-Aventis U.S. LLC was incorrectly designated as "Sanofi-Aventis U.S. LLC.," Sanofi-Aventis U.S. Inc. was incorrectly designated as "Sanofi-Aventis U.S., Inc.," and Sanofi-Synthelabo Inc. was incorrectly designated as "Sanofi-Synthelabo, Inc." in the Complaint. As of June 11, 2012, Sanofi-Aventis U.S. Inc. changed its name to Sanofi US Services Inc.

| | |
|---|---|
| Dated: June 20, 2014 | Joshua C. Ezrin<br>AUDET & PARTNERS, LLP<br>221 Main Street, Suite 1460<br>San Francisco, CA 94105 |
| | Michael Miller<br>Jeffrey A. Travers<br>THE MILLER FIRM, LLC<br>108 Railroad Avenue<br>Orange, VA 22960 |
| | By:   */s/ Joshua C. Ezrin*<br>        Joshua C. Ezrin |
| | *Attorney for Plaintiffs* |
| Dated: June 20, 2014 | ARNOLD & PORTER LLP<br>Three Embarcadero Center, 10th Floor<br>San Francisco, CA 94111 |
| | By:   */s/ Sharon D. Mayo*<br>        Sharon D. Mayo |
| | *Attorneys for Defendants Bristol-Myers Squibb Company, Sanofi-Aventis U.S. LLC, Sanofi US Services Inc., and Sanofi-Synthelabo Inc.* |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: _____6/24/14_____    _____
                                                                                    Judge Edward M. Chen
                                                                                    U.S. District Judge

IT IS SO ORDERED
Judge Edward M. Chen

1    I, Sharon D. Mayo, am the ECF User whose ID and password are being used to file this
2  Stipulation and [Proposed] Order to Stay Litigation Pending Transfer to the Plavix® MDL.  In
3  compliance with General Order 45, X.B, I hereby attest that Joshua C. Ezrin has concurred in this
4  filing.

Dated:  June 20, 2014                              ARNOLD & PORTER LLP


By:   */s/ Sharon D. Mayo*
          Sharon D. Mayo

*Attorneys for Defendants Bristol-Myers Squibb Company, Sanofi-Aventis U.S. LLC, Sanofi US Services Inc., and Sanofi-Synthelabo Inc.*